## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| POWER HOME SOLAR, LLC, | |
| Plaintiff, | Civil Action No.  3:20-cv-00042 |
| v. | |
| SIGORA SOLAR, LLC, and BRIAN VENTURA, and RAVEN STEPHENS, | |
| Defendants. | |

### DEFENDANTS' PETITION FOR ATTORNEYS' FEES AND COSTS

Defendants Sigora Solar, LLC, Brian Ventura, and Raven Stephens (collectively "Defendants"), by counsel, pursuant to Fed. R. Civ. P. 37(b)(2)(C), hereby move this Court for an award of attorneys' fees and costs in accordance with the Court's Order dated June 24, 2021 (ECF No. 138).

In further support of this Petition, Defendants rely upon the accompanying memorandum.

Dated: July 23, 2021

Respectfully submitted,

By: */s/ Ryan J. Strasser*
Ryan J. Strasser, Bar No. 80979
Christopher W. Bascom, Bar No. 87302
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Troutman Pepper Building
1001 Haxall Point
PO Box 1122 (23218-1122)
Richmond, VA 23219
Telephone: (804) 697-2200
Facsimile: (804) 697-1339
ryan.strasser@troutman.com
chris.bascom@troutman.com

Ketan D. Bhirud, *admitted pro hac vice*
TROUTMAN PEPPER HAMILTON
SANDERS LLP
401 9th St. NW #1000
Washington, DC 20004
Telephone: (202) 274-2890
ketan.bhirud@troutman.com

Mackenzie L. Willow-Johnson, *admitted pro hac vice*
TROUTMAN PEPPER HAMILTON
SANDERS LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 998-4050
mackenzie.willow-johnson@troutman.com

*Counsel for Defendants Sigora Solar, Brian Ventura, and Raven Stephens*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23 day of July, 2021, I electronically filed the foregoing with the Clerk of the court using the ECF system, which will send a notification of such filing to all counsel of record:

Mark Peake
Caskie & Frost
2306 Atherholt Road
Lynchburg, VA 24505
Telephone:  (434) 846-2731
Facsimile:  (434) 845-1191
mpeake@caskiefrost.com

And

Thomas Carlotti
Hannah Sfameni
DarrowEverett, LLP
450 Seventh Avenue, Suite 1802
New York, NY 10123
Telephone:  (212) 335-2090
Facsimile:  (212) 335-2091
hsfameni@darroweverett.com
tcarlotto@darroweverett.com

*Counsel for Plaintiff*

Dated: July 23, 2021

By: */s/ Ryan J. Strasser*

Ryan J. Strasser, Bar No. 80979
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tele: (804) 697-1478
Fax: (804) 697-5118
ryan.strasser@troutman.com

*Counsel for Defendants Sigora Solar, LLC;*
*Brian Ventura; and Raven Stephens*